■ WELCH FOODS, INC., Appellant, v RALPH W. WILSON et al., Defendants, and VILLAGE OF WESTFIELD, Respondent and Third-Party Plaintiff. MOGEN DAVID WINE CORPORATION et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [692 NYS2d 628] —Order unanimously affirmed without costs. Same Memorandum as in Welch Foods v Wilson ([appeal No. 1] 262 AD2d 949 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Dismiss Claims.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.